UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 05-40051 |
| ) | |
| HARRY EDWIN MILES, ) | |
| ) | |
| Defendant. ) | |

### AMENDED MOTION AND ORDER

The parties have given due consideration to the nature and seriousness of the danger to any person that may be posed by a reduction in the defendant's term of imprisonment and have agreed that a sentence reduction pursuant to Amendment 782 is warranted. Accordingly, the parties propose that an amended judgment be entered reflecting a custody sentence of 324 months on Counts 1 and 2, said terms to run concurrently. All other provisions of the original and/or any previous amended judgments shall remain in effect. Any pending motions as to this reduction are granted.

Signed: /s/Bradley W. Murphy      Date: February 23, 2015
Bradley W. Murphy, Assistant U.S. Attorney

Signed: /s/ George F. Taseff      Date: February 23, 2015
George F. Taseff, Assistant Federal Public Defender

IT IS SO ORDERED.

Order Date: 2/24/2015

s/ Joe B. McDade
JOE B. MCDADE
Senior United States District Judge

Effective Date: November 1, 2015, or later as appropriate