E-FILED
Wednesday, 04 March, 2015 09:37:39 AM
Clerk, U.S. District Court, ILCD

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>Harry Edwin Miles | )<br>)<br>) Case No: 4:05-cr-40051-001<br>) USM No: 17768-112<br>) |
| Date of Original Judgment: 06/06/2006<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) George F Taseff<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  360 months on Cts. 1 & 2, to run concurrent  months **is reduced to**  324 months on Cts. 1 & 2, to run concurrent  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/06/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/4/2015                              s/ Joe B. McDade
                                                   *Judge's signature*

Effective Date:  11/1/2015          Joe B. McDade, Senior United States District Judge
  *(if different from order date)*             *Printed name and title*